# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00175-CV

**Gloria Mendiata, Appellant**

**v.**

**Diane Corcoran, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. D-1-GN-12-000605, HONORABLE ORLINDA NARANJA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On July 29, 2014, the Clerk of this Court sent notice to appellant Gloria Mendiata that appellant's brief was due on July 21, 2014, and that it was overdue. The Clerk requested a response by August 8, 2014, and notified Mendiata that the appeal would be dismissed for want of prosecution if she did not respond to this Court by that date. Mendiata has not filed her brief or otherwise responded. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Prosecution

Filed:   August 15, 2014